UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| LISA STOCKING,<br>*Plaintiff* | : CIVIL ACTION NO.<br>: 3:03CV00625(AWT)<br>: |
| v. | : |
| JUDICIAL MARSHAL SERVICE OF<br>THE JUDICIAL DEPARTMENT OF<br>THE STATE OF CONNECTICUT,<br>*Defendant* | :<br>:<br>:<br>: JUNE 26, 2003 |

## MOTION TO DIMISS

Pursuant to Rules 12(b)(1) and 12(b)(6) of the Federal Rules of Civil Procedure, the defendant hereby moves the Court to dismiss this action for the following reason:

(1) The plaintiff's state law claims brought under the Connecticut Fair Employment Practices Act C.G.S. § 46-60 et seq. are barred by the Eleventh Amendment to the United States Constitution.

DEFENDANT,
JUDICIAL MARSHAL SERVICE OF
THE JUDICIAL DEPARTMENT OF
THE STATE OF CONNECTICUT,

RICHARD BLUMENTHAL
ATTORNEY GENERAL

BY: *[signature]*
Jane B. Emons
Assistant Attorney General
Federal Bar No. ct16515
55 Elm Street -- P.O. Box 120
Hartford, CT 06141-0120
Tel: (860) 808-5340
Fax: (860) 808-5385

*[Handwritten margin note:]* GRANTED, absent objection. Counts 3 and 4 are dismissed without prejudice. It is so ordered.
Alvin W. Thompson, U.S.D.J.
Hartford, CT 11/17/03