FILED

2003 NOV 21 P 2: 31

US DISTRICT COURT
HARTFORD CT

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| LISA STOCKING, | : | CIVIL ACTION NO. |
| | : | 3:03CV00625 (AWT) |
| Plaintiff, | : | |
| | : | |
| vs. | : | |
| | : | |
| JUDICIAL MARSHAL SERVICE | : | |
| OF THE JUDICIAL DEPARTMENT | : | |
| OF THE STATE OF | : | |
| CONNECTICUT | : | |
| | : | |
| Defendants. | : | November 19, 2003 |
| | : | |

## PLAINTIFF'S REQUEST FOR AN EXTENSION OF TIME TO COMPLY WITH THE DEFENDANT'S INTERROGATORIES AND REQUESTS FOR PRODUCTION

The plaintiff, Lisa Stocking, hereby moves for an extension of time of thirty (30) days, up to and including January 16, 2003, to answer or object to Defendant's Interrogatories and Requests for Production dated November 17, 2003. The plaintiff needs this additional time to obtain all necessary documents responsive to the defendant's requests for production.

The undersigned has contacted defendant's counsel, Jane Emons, Esquire, and she has no objection to the granting of this motion. This is the plaintiff's first such request for an extension of time.

WHEREFORE, the plaintiff, Lisa Stocking, respectfully moves for a thirty (30) day extension of time, up to and including January 16, 2004, to answer or object to the Defendant's Interrogatories and Requests for Production.

RESPECTFULLY SUBMITTED,
THE PLAINTIFF, LISA STOCKING

By: _____
Lewis H. Chimes
*Fed. Bar No.: ct07023*
GARRISON, LEVIN-EPSTEIN, CHIMES
& RICHARDSON, P.C.
405 Orange Street
New Haven, CT 06511
Ph: (203) 777-4425
Fax: (203) 776-3965
lchimes@garrisonlaw.com

2

## CERTIFICATION

I HEREBY CERTIFY that a true and correct copy of the foregoing has been furnished by U.S. mail, postage prepaid, this 19th day of November, 2003 to:

Jane B. Emons, Esquire
Assistant Attorney General
55 Elm Street - - P.O. Box 120
Hartford, CT 06141-0120

_____
Lewis Chimes