#17

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| LISA STOCKING, | : CIVIL ACTION NO. |
| | : 3:03CV00625 (AWT) |
| Plaintiff, | : |
| | : |
| vs. | : |
| | : |
| JUDICIAL MARSHAL SERVICE | : |
| OF THE JUDICIAL DEPARTMENT | : |
| OF THE STATE OF | : |
| CONNECTICUT | : |
| | : |
| Defendants. | : November 19, 2003 |

### PLAINTIFF'S REQUEST FOR AN EXTENSION OF TIME TO COMPLY WITH THE DEFENDANT'S INTERROGATORIES AND REQUESTS FOR PRODUCTION

The plaintiff, Lisa Stocking, hereby moves for an extension of time of thirty (30) days, up to and including January 16, 2003, to answer or object to Defendant's Interrogatories and Requests for Production dated November 17, 2003. The plaintiff needs this additional time to obtain all necessary documents responsive to the defendant's requests for production.

The undersigned has contacted defendant's counsel, Jane Emons, Esquire, and she has no objection to the granting of this motion. This is the plaintiff's first such request for an extension of time.

Extension GRANTED, to and including January 16, 2004. It is so ordered.

Alvin W. Thompson, U.S.D.J.
Hartford, CT  11/24/03