*Held 4 Hours*
*Did not Settle*

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

Settlement Conference Calendar

Honorable Donna F. Martinez, U. S. Magistrate Judge
450 Main Street
Hartford
Chambers Room 262

December 2, 2003

1:00 p.m.

CASE NO. **3:03cv625 (AWT)**   **LISA STOCKING V. JUDICIAL MARSHAL SERVICE OF THE JUDICIAL DEPARTMENT, STATE OF CONNECTICUT**

COUNSEL OF RECORD:

✓ Lewis H. Chimes                Garrison Levin-Epstein
                                 Chimes & Richardson
                                 405 Orange St.
                                 New Haven, CT 06511
                                 203-777-4425

✓ Jane B. Emons                  Attorney General's Office
                                 Employment Rights
                                 55 Elm St., PO Box 120
                                 Hartford, CT 06141-0120
                                 860-808-5340

                                         BY ORDER OF THE COURT
                                         KEVIN F. ROWE, CLERK