*(handwritten: Held 15 mins.)*

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

Telephonic Settlement Conference Calendar

Honorable Donna F. Martinez, U. S. Magistrate Judge
450 Main Street
Hartford
Chambers Room 262

January 9, 2004

2:30 p.m.

CASE NO. **3:03CV625 (AWT)**    **Stocking v. Judicial Marshal Svc.**

COUNSEL OF RECORD:

Lewis H. Chimes                    Garrison Levin-Epstein Chimes &
                                   Richardson
                                   405 Orange St.
                                   New Haven, CT 06511
                                   203-777-4425
                                   lchimes@garrisonlaw.com

Jane B. Emons                      Attorney General's Office
                                   Employment Rights
                                   55 Elm St., PO Box 120
                                   Hartford, CT 06141-0120
                                   860-808-5340
                                   jane.emons@po.state.ct.us


   *Please note-atty. Lewis Chimes will initiate the conf.
    Call to chambers.



                              BY ORDER OF THE COURT
                              KEVIN F. ROWE, CLERK