UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| LISA STOCKING, | : | CIVIL ACTION NO. |
| | : | 3:03CV00625 (AWT) |
| Plaintiff, | : | |
| | : | |
| vs. | : | |
| | : | |
| JUDICIAL MARSHAL SERVICE | : | |
| OF THE JUDICIAL DEPARTMENT | : | |
| OF THE STATE OF | : | |
| CONNECTICUT | : | |
| | : | |
| Defendants. | : | January 16, 2004 |
| | : | |

### PLAINTIFF'S REQUEST FOR AN EXTENSION OF TIME TO COMPLY WITH THE DEFENDANT'S INTERROGATORIES AND REQUESTS FOR PRODUCTION

The plaintiff, Lisa Stocking, hereby moves for an extension of time of an additional two (2) weeks, up to and including February 6, 2004, to answer or object to Defendant's Interrogatories and Requests for Production dated November 17, 2003. The plaintiff needs this additional time to obtain all necessary documents responsive to the defendant's requests for production.

The undersigned has contacted defendant's counsel, Jane Emons, Esquire, and she has no objection to the granting of this motion. This is the plaintiff's second such request for an extension of time.

WHEREFORE, the plaintiff, Lisa Stocking, respectfully moves for an additional two (2) week extension of time, up to and including February 6, 2004, to answer or object to the Defendant's Interrogatories and Requests for Production.

          **RESPECTFULLY SUBMITTED,**
          **THE PLAINTIFF, LISA STOCKING**

By: _____
          Lewis H. Chimes
          *Fed. Bar No.: ct07023*
          GARRISON, LEVIN-EPSTEIN, CHIMES
              & RICHARDSON, P.C.
          405 Orange Street
          New Haven, CT  06511
          Ph:  (203) 777-4425
          Fax: (203) 776-3965
          lchimes@garrisonlaw.com

## CERTIFICATION

I HEREBY CERTIFY that a true and correct copy of the foregoing has been furnished by U.S. mail, postage prepaid, this 21st day of January, 2004 to:

Jane B. Emons, Esquire
Assistant Attorney General
55 Elm Street - - P.O. Box 120
Hartford, CT 06141-0120

Lewis Chimes

3