03cv625mtnext

2\

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| LISA STOCKING, | CIVIL ACTION NO. 3:03CV00625 (AWT) |
| Plaintiff, | |
| vs. | |
| JUDICIAL MARSHAL SERVICE OF THE JUDICIAL DEPARTMENT OF THE STATE OF CONNECTICUT | |
| Defendants. | January 16, 2004 |

**PLAINTIFF'S REQUEST FOR AN EXTENSION OF TIME TO COMPLY WITH THE DEFENDANT'S INTERROGATORIES AND REQUESTS FOR PRODUCTION**

The plaintiff, Lisa Stocking, hereby moves for an extension of time of an additional two (2) weeks, up to and including February 6, 2004, to answer or object to Defendant's Interrogatories and Requests for Production dated November 17, 2003. The plaintiff needs this additional time to obtain all necessary documents responsive to the defendant's requests for production.

The undersigned has contacted defendant's counsel, Jane Emons, Esquire, and she has no objection to the granting of this motion. This is the plaintiff's second such request for an extension of time.

Extension GRANTED, nunc pro tunc, to and including February 6, 2004.
It is so ordered.

Alvin W. Thompson, U.S.D.J.
Hartford, CT    1/27/04

2004 JAN 28 P 2: 23
U.S. DISTRICT COURT
HARTFORD, CT
FILED