UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

**FILED**

2004 MAR 11 P 3: 10

U.S. DISTRICT COURT
HARTFORD, CT,

LISA STOCKING,
    Plaintiff,

    v.

    CASE NO.  3:03CV625 (AWT)

JUDICIAL MARSHAL SERVICE OF
THE JUDICIAL DEPARTMENT,
STATE OF CONNECTICUT,
    Defendant.

## ORDER REGARDING SETTLEMENT CONFERENCE

A settlement conference was held with the undersigned on December 2, 2003.  The case did not settle.  The parties agreed to continue their mediation efforts and to report the status of their efforts to the court.  The plaintiff's counsel, Attorney Lewis H. Chimes, recently reported that the parties have reached a tentative agreement which must be approved by the authorities for the State of Connecticut.  Therefore, it is hereby ORDERED that counsel shall submit a joint written report regarding the status of the settlement approval to the undersigned's chambers by no later than **March 25, 2004.**

SO ORDERED at Hartford, Connecticut this 11th day of March, 2004.

DONNA F. MARTINEZ
UNITED STATES MAGISTRATE JUDGE