FILED

2004 MAR 24  P 3: 56

DISTRICT COURT
HARTFORD CT

# UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| LISA STOCKING, | : | CIVIL ACTION NO. |
| | : | 3:03CV00625 (AWT)(DFM) |
| Plaintiff, | : | |
| | : | |
| vs. | : | |
| | : | |
| JUDICIAL MARSHAL SERVICE OF THE JUDICIAL DEPARTMENT OF THE STATE OF CONNECTICUT | : | |
| | : | |
| Defendants. | : | March 23, 2004 |

## REPORT RE: STATUS OF SETTLEMENT

The parties have reached a tentative settlement of the above-entitled matter. There is an outstanding personnel issue involving Ms. Stocking, unrelated to the instant case, that needs to be resolved prior to finalization of this settlement. The parties anticipate being able to complete the settlement in 45 days.

RESPECTFULLY SUBMITTED,
THE PLAINTIFF

By: _____
Lewis H. Chimes
*Federal Bar No. ct07023*
GARRISON, LEVIN-EPSTEIN,
CHIMES & RICHARDSON, P.C.
405 Orange Street
New Haven, CT 06511
(203) 777-4425
Fax # 203-776-3965
Lchimes@garrisonlaw.com


RESPECTFULLY SUBMITTED,
THE PLAINTIFF

By: _____
Jane B. Emons
Assistant Attorney General
Federal Bar No. ct16515
55 Elm Street - - P.O. Box 120
Hartford, CT 06141-0120
Tel: (860)808-5340
Fax: (860)808-5385

2

**CERTIFICATION**

I hereby certify that a copy of the foregoing Report Re Status of Settlement was mailed this 24th day of March, 2004, first class postage prepaid to:

Lewis H. Chimes
Garrison, Levin-Epstein,
Chimes and Richardson, P.C.
405 Orange Street
New Haven, CT  06511

*Jane B. Emons*
Assistant Attorney General