UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

LISA STOCKING

    v.　　　　　　　　　　　　　　　Case Number: 3:03CV625 (AWT)

JUDICIAL MARSHAL SVC.
OF THE JUDICIAL DEPT. OF
THE STATE OF CT

**FILED**
2004 MAR 30 P 1: 18
U.S. DISTRICT COURT
HARTFORD, CT.

NOTICE TO COUNSEL
---------------------

    The above-entitled case was reported to the Court on <u>March 29, 2004</u> to be settled. Under Local Rule 41(b), a matter reported settled is to be dismissed if closing papers are not filed within forty-five (45) days thereafter.

    Accordingly, an order of dismissal will be entered on May 13, 2004 unless closing papers are filed on or before that date, or unless counsel reports prior to that date that the case is not in fact settled.

    Dated at Hartford, Connecticut, March 30, 2004.

                                  KEVIN F. ROWE, CLERK

                                  By: _____
                                       Robert K. Wood
                                       Deputy Clerk