UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| LISA STOCKING, | : | CIVIL ACTION NO. 3:03CV00625(AWT) |
| *Plaintiff* | : | |
| | : | |
| v. | : | |
| | : | |
| JUDICIAL MARSHAL SERVICE OF | : | |
| THE JUDICIAL DEPARTMENT OF | : | |
| THE STATE OF CONNECTICUT, | : | |
| *Defendant* | : | APRIL 15, 2004 |

## STIPULATED SETTLEMENT

Pursuant to the provisions of Rule 41(a)(2) of the Federal Rules of Civil Procedure, the plaintiff, Lisa Stocking, hereby moves for the dismissal of the above captioned lawsuit, with prejudice. The plaintiff further respectfully requests that the provisions of the attached Stipulated Settlement be incorporated herein consistent with <u>Kokkonen v. Guardian Life Insurance Co. of</u> America, 511 U.S. 375, 114 S.Ct. 1673 (1994).

                                                                PLAINTIFF,
                                                                LISA STOCKING


BY: _____
        Lewis H. Chimes, Esq.
        Garrison, Levin-Epstein,
        Chimes and Richardson, P.C.
        405 Orange Street
        New Haven, CT  06511
        Tel.: (203) 777-4425
        FAX: (203) 776-3965

## **CERTIFICATION**

I hereby certify that a copy of the foregoing has been mailed, postage prepaid, to the following on this _____ day of _____, 2004.

Jane B. Emons
Assistant Attorney General
Office of the Attorney General
55 Elm Street, P. O. Box 120
Hartford, CT  06141-0120

　　　　　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　　　　　Lewis H. Chimes, Esq.
　　　　　　　　　　　　　　　　　　　　　　　　　　　　Garrison, Levin-Epstein,
　　　　　　　　　　　　　　　　　　　　　　　　　　　　Chimes and Richardson, P.C.