UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| LISA STOCKING, | : | CIVIL ACTION NO. 3:03CV00625(AWT) |
| *Plaintiff* | : | |
| | : | |
| v. | : | |
| | : | |
| JUDICIAL MARSHAL SERVICE OF | : | |
| THE JUDICIAL DEPARTMENT OF | : | |
| THE STATE OF CONNECTICUT, | : | |
| *Defendant* | : | APRIL 15, 2004 |

## STIPULATED SETTLEMENT

WHEREAS, the above-entitled action was brought by Lisa Stocking, as plaintiff, against the Judicial Marshal Service of the Judicial Department of the State of Connecticut charging the defendant with causing the plaintiff to sustain certain injuries; and

WHEREAS, the plaintiff and the defendant are desirous of settling all of the above-referenced actions, claims and litigation now pending between them; and

WHEREAS, the plaintiff and the defendant agree that settlement of all the issues raised by the above-referenced actions, claims and litigation would best serve the interests of the parties; and

WHEREAS, the plaintiff, by and through his attorney, has consented and does hereby consent to this Stipulated Settlement and agrees to be bound thereby; and

WHEREAS, the defendants, by and through their undersigned counsel, have consented and do hereby consent to this Stipulated Settlement and agree to be bound thereby; and

WHEREAS, said parties have acknowledged, and by their consent hereto, do hereby acknowledge that they consent to this Stipulated Settlement as their free act and deed, without coercion or duress; and

NOW, THEREFORE, without trial or adjudication of any of the issues of fact or law raised by the complaint herein or by any of the other above-referenced actions and claims, the parties hereby stipulate and agree as follows:

1.   The plaintiff shall immediately, and with prejudice, pursuant to Rule 41(a)(2) of the Federal Rules of Civil Procedure, move for an order of dismissal of this lawsuit, and shall execute a Release of Liability acceptable to the defendants, attached hereto as Exhibit A.

2.   The plaintiff shall also withdraw, with prejudice, her action pending in Connecticut State Court, Judicial District of Hartford, Docket Number: CV-03-0827810-S.

3.   The plaintiff's counsel will provide counsel for defendant with a signed Stipulation of Dismissal with prejudice pursuant to Rule 41(a)(2) of the Federal Rules of Civil Procedure as discussed above, and upon receipt of the signed Release of Liability, and withdrawal of her pending action in Connecticut State Court, Judicial District of Hartford, Docket Number: CV-03-0827810-S, the State of Connecticut shall pay to the plaintiff the sum of **FIFTY-FIVE THOUSAND DOLLARS ($55,000)**.  Settlement is to be paid in two checks: the first to Lisa Stocking in the sum of **THIRTY-FIVE THOUSAND THREE HUNDRED TWENTY-ONE DOLLARS AND TWENTY SEVEN CENTS ($35,321.27)** and the second to Law Offices of Garrison, Levin-Epstein, Chimes & Richardson, P.C. in the sum of **NINETEEN THOUSAND SIX HUNDRED SEVENTY EIGHT DOLLARS AND SEVENTY THREE CENTS ($19, 678.73)** to be designated as attorney fees.  Counsel for defendant shall hold said Dismissal in escrow pending receipt by plaintiff's counsel of the settlement funds.  Upon notification by plaintiff's counsel of receipt of settlement funds, defendant's counsel may sign the stipulation on behalf of defendant and file it with the court.

    4.    The payment of the **FIFTY-FIVE THOUSAND DOLLARS ($55,000)** set forth above shall be a full and complete satisfaction of any and all claims, including claims for injunctive relief, damages, costs, and fees, including attorney's fees, which the plaintiff may have based upon the allegations of the complaint filed herein.

    5.    It is agreed and understood that the plaintiff shall not use this Settlement Agreement or evidence underlying the claims in this case against the defendants in any pending or future legal proceeding, except as may be required by law or necessary to enforce this Settlement Agreement.

    6.    It is expressly agreed and understood that the payment of the aforesaid sum is not an admission of liability on the part of any of the defendants to this action or any other present or former officer, agent or employee of the State of Connecticut or the State of Connecticut itself, but rather constitutes a compromise settlement of the claims made in the action set forth above.

    7.    The parties agree that the terms and conditions of this Stipulated Settlement shall be incorporated into the motion for order of dismissal referred to in paragraph 1 above, and that the United States District Court for the District of Connecticut may retain jurisdiction over this matter for the purpose of ensuring that all of the terms and conditions of this agreement are carried out as set forth herein.

    8.    The parties further agree that the settlement terms and conditions described herein represent the entire agreement of the parties concerning the settlement of this lawsuit with respect to the defendants listed herein, and that the respective parties will each bear their own costs, fees and expenses, including any attorneys' fees.

    9.    The defendant makes no representation about the tax consequences of any payments made pursuant to this agreement and encourages the plaintiff to seek the advice of an accountant or tax attorney.

                                                              PLAINTIFF

                                                              Lisa Stocking

_____        BY:    _____
Dated                                                        Lisa Stocking

DEFENDANT,
STATE OF CONNECTICUT
JUDICIAL DEPARTMENT

RICHARD BLUMENTHAL
ATTORNEY GENERAL

BY: _____
Jane B. Emons
Assistant Attorney General
Federal Bar No. 16515
55 Elm Street - P.O. Box 120
Hartford, CT  06141-0120
Tel: (860) 808-5340
Fax: (860) 808-5383
Email:  jane.emons@po.state.ct.us

## **CERTIFICATION**

I hereby certify that the plaintiff, Lisa Stocking, and counsel for the defendants, Jane B. Emons, Assistant Attorney General, have both received a fully executed copy of this **STIPULATED SETTLEMENT** on this _____ day of _____, 2004.

_____           _____
Lisa Stocking                                                          Jane B. Emons
                                                                                  Assistant Attorney General

**EXHIBIT A**

**RELEASE**

KNOW ALL TO WHOM THESE PRESENTS SHALL COME OR MAY CONCERN that Lisa Stocking does on behalf of herself, her successors and assigns, for and in consideration of the payment of the sum of fifty-five thousand dollars ($55,000.00), which payment is hereby acknowledged, and the fulfillment of the other conditions set forth in the Stipulated Settlement executed by the parties herewith releases and forever discharges the State of Connecticut Judicial Department, the State of Connecticut itself, and all other present or former officers, agents, and employees of the State of Connecticut, (hereinafter designated as the Releasees) from all actions, causes of actions, suits, claims, controversies, damages and demands of every nature and name, in law or in equity, including attorneys' fees and costs, which Lisa Stocking, her successors and assigns ever had, now has or hereafter can, shall or may, have for, upon, or by reason of the above-referenced matter, or any matter, cause or thing whatsoever from the beginning of the world to the date of this release.

More particularly, the said Lisa Stocking, does remise, release and forever discharge the Releasees from any and all claims that were made or could have been made in connection with the alleged injuries and damages suffered by Lisa Stocking, in connection with the incidents as alleged in the complaints; including but not limited to <u>Stocking v. Judicial Marshal Service</u>, 3:03CV00625(AWT); <u>Stocking v. Judicial Marshal Service</u>, CV03-0827810-S.

It is expressly understood and agreed that the payment of the aforesaid sum and the fulfillment of the aforesaid conditions are not an admission of liability on the part of the defendants in said action, or any other present or former officer, agent or employee of the State of Connecticut or the State of Connecticut itself, but rather constitute the compromise settlement of the claims made in the action set forth above.

      IN WITNESS WHEREOF, Lisa Stocking does herewith set his free hand and seal this \_\_\_ day of _____, 2004.

                                                            _____
                                                            Lisa Stocking

WITNESSES:

_____

_____

Personally appeared, Lisa Stocking, signer of the foregoing instrument, and acknowledged the same to be her free act and deed, before me.

                                          _____
                                          Notary Public/Commissioner of the Superior Court

DEFENDANT,
STATE OF CONNECTICUT
JUDICIAL DEPARTMENT

RICHARD BLUMENTHAL
ATTORNEY GENERAL


BY: _____
Jane B. Emons
Assistant Attorney General
Federal Bar No. 16515
55 Elm Street - P.O. Box 120
Hartford, CT  06141-0120
Tel: (860) 808-5340
Fax: (860) 808-5383
Email:  jane.emons@po.state.ct.us


## **CERTIFICATION**

I hereby certify that a copy of the foregoing has been mailed, postage prepaid, to the following on this _____ day of _____, 2004.


Lewis H. Chimes
Garrison, Levin-Epstein,
Chimes and Richardson, P.C.
405 Orange Street
New Haven, CT  06511


_____
Jane B. Emons
Assistant Attorney General