

26

*APPROVED  The provisions of the attached stipulated Settlement are hereby incorporated herein.  The Clerk shall close this case.  It is so ordered.*

*Alvin W. Thompson, U.S.D.J.*
*Hartford, CT 05/28/04*

## UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| LISA STOCKING, | : | CIVIL ACTION NO. 3:03CV00625(AWT) |
| *Plaintiff* | : | |
| | : | |
| v. | : | |
| | : | |
| JUDICIAL MARSHAL SERVICE OF | : | |
| THE JUDICIAL DEPARTMENT OF | : | |
| THE STATE OF CONNECTICUT, | : | |
| *Defendant* | : | APRIL 15, 2004 |

FILED 2004 MAY 27 A 10: 52 U.S. DISTRICT COURT HARTFORD, CT

### STIPULATED SETTLEMENT

Pursuant to the provisions of Rule 41(a)(2) of the Federal Rules of Civil Procedure, the plaintiff, Lisa Stocking, hereby moves for the dismissal of the above captioned lawsuit, with prejudice.  The plaintiff further respectfully requests that the provisions of the attached Stipulated Settlement be incorporated herein consistent with Kokkonen v. Guardian Life Insurance Co. of America, 511 U.S. 375, 114 S.Ct. 1673 (1994).

PLAINTIFF,
LISA STOCKING

BY: _____
Lewis H. Chimes, Esq.
Garrison, Levin-Epstein,
Chimes and Richardson, P.C.
405 Orange Street
New Haven, CT  06511
Tel.: (203) 777-4425
FAX: (203) 776-3965

FILED 2004 JUN -1 P 12: 35 U.S. DISTRICT COURT HARTFORD, CT

1